# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| COURTNEY EVANS, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. CV411-097 |
| DISTRICT ATTORNEY LARRY ) | |
| CHISOLM, ZATEKA HARRIS, and ) | |
| KIMBERLY A. BROWN-THOMAS, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Chatham County Jail inmate Courtney Evans, Sr., filed this 42 U.S.C. § 1983 action seeking to enjoin a state court criminal prosecution against him. Doc. 1. In its last Order, the Court directed him to "either pay the Court's $350 filing fee for this case or see it dismissed." Doc. 3 at 1. He has not responded.

Accordingly, his case should be **DISMISSED** for disobeying a Court Order. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101,

102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 11th day of May, 2011.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA